THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CONCEPCION ESTRADA CORREA, PEDRO ANTONIO RIOS and HENRY MATTHEWS, Appellants.

Argued December 1, 1954; decided December 31, 1954.

*John McKim Minton* and *Frederick J. Miller* for Concepcion Estrada Correa, appellant.

*Harris B. Steinberg, Philip Brown* and *Arthur L. Harrow* for Pedro Antonio Rios, appellant.

*Newman Levy* and *Benjamin Levy* for Henry Matthews, appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Leonard E. Reisman* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DYE and VAN VOORHIS, JJ. DESMOND, FULD and FROESSEL, JJ., dissent and vote to reverse and order a new trial upon the ground that the record contains several erroneous statements by the trial judge, particularly his instruction that all of the defendants must be regarded as accomplices as a matter of law, and that it is impossible to determine whether or not their rights were seriously prejudiced by any of those errors.